IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CARLOS E. AYALA ALBERTO | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-75 |
| BOBBY RADER | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Carlos E. Ayala Alberto, a prisoner previously confined at the Liberty County Jail, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**SIGNED** this the **22** day of **February, 2021.**

_____
Thad Heartfield
United States District Judge

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge (document no. 13) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.